LEWIS BRISBOIS BISGAARD & SMITH LLP
TIMOTHY R. LORD, SB# 213062
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882
Email:    lord@lbbslaw.com

Attorneys for Plaintiff
GLOBAL CONTAINER LINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| GLOBAL CONTAINER LINES, | ) CASE NO. 05-cv-03090-CW |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) **IN ADMIRALTY** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Notice is hereby given that the parties have agreed to settle this action. The parties are in the process of drafting settlement documents, and expect that a dismissal of the action will be filed in the next 90 days. The parties request that the current briefing schedule be suspended pending execution of settlement documents.

DATED: December 1, 2005

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
Timothy R. Lord
Attorneys for Plaintiff
GLOBAL CONTAINER LINES

4845-9066-6240.1

-1-

NOTICE OF SETTLEMENT